# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

DONALD G. RAINEY,

     Plaintiff,

vs.

DAN WATTS, et al.,

     Defendants.

Case No. 3:12-cv-00386-RCJ-WGC

**ORDER**

The court directed plaintiff to show cause why this action should not be dismissed as untimely.  Order (#8).  Plaintiff has not complied with the court's order within the allotted time. The court will dismiss the action.  Any appeal taken from this action would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

IT IS THEREFORE ORDERED that this action is **DISMISSED** with prejudice as untimely. The clerk of the court shall enter judgment accordingly.

Dated:  July 30, 2013

_____
ROBERT C. JONES
Chief United States District Judge