AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF   NEVADA

DONALD G. RAINEY,

      Plaintiff,   JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER:   3:12-cv-00386-RCJ-WGC

DAN WATTS, et al.,

      Defendant(s).

\_\_\_  **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

\_\_\_  **Decision by Court.** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

 **X**  **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice as untimely.

July 30, 2013                                                          **LANCE S. WILSON**
                                                                  Clerk

                                                                   /s/ K. Rusin
                                                                   Deputy Clerk